UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO:. 2:24-cr-90-SPC-NPM

DAVID KENDRELLE SIMS

_____

### ORDER OF FORFEITURE

Before the court is the United States' Motion for an Order of Forfeiture against Defendant David Kendrelle Sims in the amount of **$58,795.83**. (Doc. 69). Now that the defendant has been adjudicated guilty of Counts One and Two of the Information (Doc. 28), conspiracy to commit wire fraud and conspiracy to commit money laundering, in violation of 18 U.S.C. §§ 1349 and 1956(h), the United States seeks an order forfeiting his interest in the $58,795.83. *See* 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

In so moving, the United States has established that the defendant personally obtained $58,795.83 in proceeds as a result of the crimes of conviction. The Court thus finds the United States is entitled to possession of the $58,795.83.

Accordingly, it is

**ORDERED:**

The United States' Motion for an Order of Forfeiture as to Defendant David Kendrelle Sims (Doc. 69) is **GRANTED**.

1. The defendant is liable for an order of forfeiture in the amount of **$58,795.83.**

2. The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $58,795.83 order of forfeiture.

3. Any asset forfeited from the defendant will be credited up to the amount of the order of forfeiture.

4. This Order will become a final order of forfeiture as to Defendant at the time it is entered.

5. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of any substitute asset.

**DONE** and **ORDERED** in Fort Myers, Florida, on March 6, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record